IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL GWALTNEY, ET AL.<br><br>Defendant | CRIMINAL NO.:   JKB-13-0133 |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and James T. Wallner, Assistant United States Attorney for said District, previously moved orally to unseal the above matter.   The United States now moves formally via written motion to UNSEAL the matter, and notes that the reason for the sealing of the matter no longer exists, and the matter should be available on the public docket.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:_____/s/_____
James Wallner
Assistant United States Attorney

## ORDER

**ORDERED** as Prayed this _____ day of September 2019.

_____
James K. Bredar
United States District Judge